**Brenton L. CROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56085.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 17, 1989.

Margaret Ellen Gangle–Casinger, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Brenton L. Cross, appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value. Rule 84.16(b).